# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson , Myron H. | USD/MD/Alabama | 05/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

One Church Street
P. O. Box 235
Montgomery, AL 36101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Yale Law & Policy Review Advisory Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pace Law School | 03/19/2012 to 03/22/2012 | White Plains, NY | Speech | Transportation, meals, lodging |
| 2. | Yale Law School | 04/14/2012 to 04/15/2012 | New Haven, CT | Speech | Transportation, meals, lodging |
| 3. | Aspen Institute | 07/6/2012 to 07/14/2012 | Aspen, CO. | Teaching Course | Transportation, meals, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. House site at ▨▨▨▨, Elmore County, AL | | None | L | W | | | | | |
| 2. UBS (IRAs)(filer): Liquid Asset | A | Interest | J | T | | | | | |
| 3. "":Valero Energy (common) (vlo) | A | Dividend | J | T | | | | | |
| 4. "":Berkshire Hathaway Inc New CL A (common)(BRKH) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 5. "":Chevron Corp (common)(CVX) | A | Dividend | J | T | | | | | |
| 6. "":Deere and Co (common)(DE) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 7. "":Ford Motor Com (common) (F) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 8. "":Total S.A. France Spon ADR (common) (TOT) | A | Dividend | J | T | | | | | |
| 9. "":ARCELORMITTAL SA NY REG (MT) | A | Dividend | | | Sold | 08/29/12 | J | | |
| 10. "":BLACKROCK BUILD AMER BOND(BBN) | A | Dividend | J | T | | | | | |
| 11. "":CORNING INC (GLW) | A | Dividend | J | T | | | | | |
| 12. "":CSX CORPORATION (CSX) | A | Dividend | | | Sold | 08/29/12 | J | | |
| 13. "":ISHARES INC MSCI SOUTH KOREA INDEX FD (EWY) | | None | | | Sold | 08/29/12 | J | | |
| 14. "":LORD ABBETT SHORT DURATION INCOME FUND CLASS A (LALDX) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 15. "":NETAPP INC (NTAP) | | None | J | T | | | | | |
| 16. "":PEPSICO INC(PEP | A | Dividend | J | T | | | | | |
| 17. "":NUVEEN BUILD AMERN BOND (NBB) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. "":PORTLAND GENL ELEC CO HEW (POR) | A | Dividend | | | Sold | 08/27/12 | J | | |
| 19. "":PUTNAM DIVERSIFIED INCOME TRUST CLASS A (PDINX) | A | Dividend | | | Sold | 08/27/12 | J | | |
| 20. "":QUALCOMM INC (QCUM) | A | Dividend | J | T | | | | | |
| 21. "":REGENCY ENERGY PARTS LP UNITS REPSTG LTD PARTNER INT (RGP | A | Dividend | | | Sold | 11/14/12 | J | | |
| 22. "":SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) | A | Dividend | | | Sold | 09/19/12 | J | | |
| 23. ""TIMKEN CO (TKR) | A | Dividend | | | Sold | 09/19/12 | J | | |
| 24. ""TOTAL SA FRANCE SPON ADR (TQT | A | Dividend | | | Sold | 09/19/12 | J | | |
| 25. ""TRANSOCEAN LTD CHF (RIG) | A | Royalty | | | Sold | 11/14/12 | J | | |
| 26. ""Genworth Financial Inc CL A (GNW) | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 27. ""Vanguard Index Funds Vanguard MID CAP ETF (VO) | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 28. ""Vanguard Index Funds Vanguard Small Cap Grwth ETF Vipers | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 29. ""Vanguard Sector Index FD Vanguard Financials ETF (VPH) | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 30. ""Seadrill Ltd US Line (SDRL) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 31. ""Altria Group Inc (MO) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 32. ""Gilead Sciences Inc (GILD) | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 33. ""Hollyfrontier Corp Com (HFC) | A | Dividend | J | T | Buy | 12/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ""Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 35. ""Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 36. ""PVH Corp Com (PVH) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 37. ""Skyworks Solutions Inc (SWKS) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 38. ""Pimco Fundamental Index Plus AR Strategy Fund A (PCKAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 39. ""Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 40. ""Ishares Trust Dow Jones U.S. Healthcare Sector Index FD (I | A | Dividend | J | T | Buy | 01/06/12 | J | | |
| 41. UBS (IRAs) : Liquid Asset | A | Interest | J | T | | | | | |
| 42. "":McDonalds Corp (common)(MCD) | A | Dividend | J | T | | | | | |
| 43. ""Berkshire Hathaway Inc New CL B (common)(brkb | | None | | | Sold | 11/14/12 | J | | |
| 44. ""Chevron Corp (common)(CVX) | A | Dividend | J | T | | | | | |
| 45. ""Deere and Co (common)(DE) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 46. ""Total S.A. France Spon ADR (common) (TOT) | A | Dividend | J | T | | | | | |
| 47. ""ARCELORMITTAL SA NY REG (MT) (common) | A | Dividend | | | Sold | 08/29/12 | J | | |
| 48. ""BLACKROCK BUILD AMER BOND (BBN) (mutual | A | Dividend | J | T | | | | | |
| 49. ""CORNING INC (GLW) (common) | A | Dividend | J | T | | | | | |
| 50. ""CSX CORPORATION (CSX) (common) | A | Dividend | | | Sold | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. ""ISHARES TRUST DOW JONES U.S. HEALTHCARE SECTOR IND FD (IYH | A | Dividend | | | Sold | 11/11/12 | J | | |
| 52. ""LORD ABBETT SHORT DURATION INCOME FD CLASS A (LALDX) (mut) | A | Dividend | | | Sold | 11/11/12 | J | | |
| 53. ""NETAPP INC (NTAP) (common) | | None | J | T | | | | | |
| 54. ""PEPSICO INC (PEP) (common) | A | Dividend | J | T | | | | | |
| 55. ""NUVEEN BUILD AMERN BOND (NBB) | A | Dividend | J | T | | | | | |
| 56. ""PORT GENL ELEC CO HEW (POR) (common) | A | Dividend | | | Sold | 08/27/12 | J | | |
| 57. ""PUTNAM DIVERSIFIED INCOME TRUST CLASS A (PDINX) (mutual) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 58. ""QUALCOMM INC (QCOM) (common) | A | Dividend | J | T | | | | | |
| 59. ""REGENCY ENERGY PARTRS LP UNITS REPSTG LTD PARTNER INT (RGP | A | Dividend | | | Sold | 11/14/12 | J | | |
| 60. ""RENTECH NITROGEN PARTNERS LP (RNF) common) | | None | | | Sold | 07/18/12 | J | | |
| 61. ""SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) (common) | A | Dividend | | | Sold | 09/19/12 | J | | |
| 62. ""TIMKEN CO (TKR) (common) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 63. ""TRANSOCEAN LTD CHF (RIG) (common) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 64. ""VALERO (VLO) (common) | A | Dividend | | | Sold | 07/18/12 | J | | |
| 65. "Gabelli Divid & Income Trust (GDV) | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 66. ""Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Buy | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. ""Vanguard Index Funds Small Cap Grwth ETF Vipers (VBK) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 68. ""Vanguard Sector Index FD Vanguard Financials ETF (VFH) | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 69. ""Wisdomtree Trust Japan Hedged Equity FD (DXJ) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 70. ""Seadrill Ltd US Line (SDRL) | A | Dividend | J | T | Buy | 07/17/12 | J | | |
| 71. ""Altria Group Inc (MO) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 72. ""Hartford Fincl Services Group Inc (HIG) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 73. ""Hollyfrontier Corp Com (HFC) | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 74. ""Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 75. ""Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 76. ""PVH Corp Com (PVH) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 77. ""Rydex Biotechnology Fund Class A (RYBOX) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 78. ""Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 79. ""Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 80. ""Royal BK Scotland Group PLC 7.65% Preferred Spon ADR (RBSP | A | Dividend | J | T | Buy | 09/24/12 | J | | |
| 81. UBS (Edu. IRA) : Liquid Asset | A | Interest | J | T | | | | | |
| 82. "":Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | | | | | |
| 83. ""Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. ""UBS(Edu. IRA⬜ : Liquid Asset | A | Dividend | J | T | | | | | |
| 85. "":Blackrock Global Allocation Fund (MDLOX) | A | Dividend | J | T | | | | | |
| 86. ""Pimco Fundamental Index Plus AR Fund A PIXAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 87. UBS⬜ : Liquid Asset | A | Interest | J | T | | | | | |
| 88. "":McDonalds Corp (common) (MCD) | A | Dividend | J | T | | | | | |
| 89. "":Valero Energy (common)(VLO | A | Dividend | | | Sold | 11/30/12 | J | | |
| 90. ""Berkshire Hathaway Inc New CL B (common) (BRKB) | | None | | | Sold | 11/14/12 | J | | |
| 91. ""Chevron Corp (common) (CVX) | A | Dividend | J | T | | | | | |
| 92. ""Deere and Co (common) (DE) | A | Dividend | | | Sold | 12/03/12 | J | | |
| 93. ""Total S.A. France Spon ADR (common) (TOT) | A | Dividend | J | T | | | | | |
| 94. ""ARCELORMITTAL SA NY REG (MT) (common) | A | Dividend | | | Sold | 08/29/12 | J | | |
| 95. ""BLACKROCK BUILD AMER BOND (BBN) (mutual) | A | Dividend | J | T | | | | | |
| 96. ""CORNING INC (GLW) | A | Dividend | J | T | | | | | |
| 97. ""CSX CORPORATION (CSX) (common) | A | Dividend | | | Sold | 12/03/12 | J | | |
| 98. ""ISHARES INC MSCI SOUTH KOREA INDEX FD (EWY) | | None | J | T | | | | | |
| 99. "LORD ABBETT SHORT DURATION INC FUND CLASS A (LALDX)(mutual) | A | Dividend | | | Sold | 09/14/12 | J | | |
| 100. ""NETAPP INC (NTAP) (common) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. ""PEPSICO INC (PEP) | A | Dividend | J | T | | | | | |
| 102. ""PORTLAND GENL ELEC CO HEW (POR) (common) | A | Dividend | | | Sold | 08/27/12 | J | | |
| 103. ""QUALCOMM INC (QCOM) (common) | | None | J | T | | | | | |
| 104. ""REGENCY ENERGY PARTS LP UNITS REPSTG LTD PARTNER INT(RGP) | A | Dividend | | | Sold | 12/03/12 | J | | |
| 105. ""RENTECH NITROGEN PARTNERS LP (RNF) (common) | | None | | | Sold | 12/03/12 | J | | |
| 106. ""SCHLUMBERGER LTD NETHERLANDS ANTILLES (SLB) (common) | A | Dividend | | | Sold | 09/19/12 | J | | |
| 107. ""TIMKEN CO (TKR) (common) | A | Dividend | | | Sold | 11/14/12 | J | | |
| 108. ""TRANSOCEAN LTD CHF (RIG) (common) | A | Dividend | | | Sold | 12/03/12 | J | | |
| 109. ""Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 110. ""Vanguard Index Funds Small Cap Grwth ETF Vipers (VBK) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 111. ""Vanguard Sector Index FD | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 112. ""Seadrill Ltd US Line (SDRL) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 113. ""Altria Grup Inc (MO) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 114. ""Gilead Sciences Inc (GILD) | A | Dividend | J | T | Buy | 08/29/12 | J | | |
| 115. ""Hollyfrontier Corp Com (HFC) | A | Dividend | J | T | Buy | 09/28/12 | J | | |
| 116. ""Hartford Fincl Services Group Inc (HIG) | A | Dividend | J | T | Buy | 12/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. ""Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 118. ""Philip Morris Intl Inc (PM) | A | Dividend | J | T | Buy | 01/03/12 | J | | |
| 119. ""PVH Corp Com (PVH) | A | Dividend | J | T | Buy | 12/05/12 | J | | |
| 120. ""Skyworks Solution Inc (SWKS) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 121. ""Starbucks Corp (SBUX) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 122. ""Pimco Fundamental Index Plus AR Fund A (PIXAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 123. ""Pimco Small Cap Stocks Plus AR Strategy Fund A (PCKAX) | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 124. ""Rydex Biotechnology Fund Class A (RYBOX) | A | Dividend | J | T | Buy | 12/03/12 | J | | |
| 125. ""Royal BK Scotland Group PLC 7.65% Preferred SPON ADR (RBS | A | Dividend | J | T | Buy | 12/17/12 | J | | |
| 126. UBS ____ : Liquid Asset | A | Interest | J | T | | | | | |
| 127. ""China Yuchai Int'l Limited (common) | A | Dividend | J | T | | | | | |
| 128. ""Gabelli Divid & Income Trust (GDV) | A | Dividend | J | T | Buy | 12/11/12 | J | | |
| 129. Regions Bank (savings) ____ | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson , Myron H. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Myron H. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544